# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-201V
UNPUBLISHED

| | |
|---|---|
| BETTY DAVIS, | Chief Special Master Corcoran |
|                Petitioner, | Filed: July 7, 2021 |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Special Processing Unit (SPU); Ruling on Entitlement; Concession; Table Injury; Influenza (Flu) Vaccine; Shoulder Injury Related to Vaccine Administration (SIRVA) |
|                Respondent. | |

*Maximillian J. Muller, Muller Brazil, LLP, Dresher, PA, for petitioner.*

*Adriana Ruth Teitel, U.S. Department of Justice, Washington, DC, for respondent.*

### **RULING ON ENTITLEMENT**[1]

On February 25, 2020, Betty Davis filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered left shoulder injuries related to vaccine administration (SIRVA) resulting from the influenza (flu) vaccine she received on December 18, 2018. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On June 29, 2021, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent determined that concluded that "[P]etitioner's medical course is consistent with SIRVA as defined by the Vaccine Injury Table and corresponding

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Qualifications and Aids to Interpretation." *Id.* at 7.  Respondent concluded that Petitioner has satisfied all legal prerequisites for compensation under the Act. *Id.* at 8. Respondent further agrees that "[t]he scope of damages to be awarded is limited to [P]etitioner's left SIRVA and its related sequelae only." *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master
